**FILED**
U.S. DISTRICT COURT - N.D. OF N.Y.
DEC 1 8 2019
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

No. 1791

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF NEW YORK

at __Albany__

UNITED STATES OF AMERICA )
)
vs. )
) Case No. __1:19-mj-843__
)
__Jacob Delaney__ )

Received on behalf of the United States from, __Defendant's Counsel__

☐ Collateral

☒ Passport No. __U.S. Passport # 568367527__  __Jacob Edward Delaney__
  (Address)           (Name)
  __Holtsville, NY 11742__
                      (City, State and Zip Code)

☐ Deed for property located at _____
  _____ owned by _____

☐ Other _____
  _____

Receipt is hereby acknowledged.           Clerk, U.S. District Court

__12/13/2019__                             By: __M. [signature]__

---

Location: _____

Disposition: _____

Received the above item as described,

_____  _____  _____
(Signature)              (Print Name)            (Date)

**FILE AND DOCKET COPY**