# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**
Clerk

**DAN MCALLISTER**
Chief Deputy



James T. Foley Courthouse
445 Broadway, Room 509
Albany, New York 12207
(518) 257-1800

October 30, 2020

Notice to Defendant's Counsel:

    Re:    USA v. Jacob Delaney
            1:20-CR-335 (TJM)

An Indictment, dated October 29th, 2020, regarding your client has been filed with the Court. In the event the Defendant wishes to waive his appearance at an Arraignment, both the Defendant and Defendant's counsel **must complete and electronically file the attached form with the Court by November 10th, 2020**

**If the Court does not receive the form by the above date, the Court will IMMEDIATELY schedule the Arraignment of your client.** Because of Speedy Trial issues, the Arraignment may be scheduled with very little advance notice.

If you have any questions, please contact me **immediately** at (518) 257-1853.

                              Very truly yours,

                              JOHN M. DOMURAD, Clerk

                      By:    s/Tara Burtt
                              (standing-in) Courtroom Deputy to
                              U.S. Magistrate Judge Daniel J. Stewart

cc: AUSA Alicia Suarez (via CM/ECF)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      v.

                                                Case No. : 1:20-CR-335 (TJM)

**JACOB DELANEY**
              **Defendant**

_____

## WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named Defendant hereby states that (1) the Defendant has received a copy of the above-numbered Indictment, Superseding Indictment, or Information; (2) the Defendant understands the right to appear in person at the Arraignment and hereby waives that right; and (3) the defendant pleads not guilty to all charges in this case.

DATED: _____                                 _____
                                                                                        Defendant

DATED: _____                                 _____
                                                                                       Defense Counsel

Based on the foregoing, it is hereby **ORDERED** that (1) the Defendant's waiver of appearance at Arraignment is **APPROVED;** (2) the Defendant is arraigned and the plea of not guilty to all charges is **ACCEPTED** and deemed entered as of the date of this Order; and (3) a scheduling order shall be entered forthwith setting forth the schedule for the progression of the case.

DATED: _____                      _____
       Albany, New York                                       Daniel J. Stewart
                                                              UNITED  STATES  MAGISTRATE  JUDGE