**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA**

v.                                                                       Case No. : 1:20-CR-335 (TJM)

**JACOB DELANEY**
                   **Defendant**

_____

### WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named Defendant hereby

states that (1) the Defendant has received a copy of the above-numbered Indictment,

Superseding Indictment, or Information; (2) the Defendant understands the right to appear in

person at the Arraignment and hereby waives that right; and (3) the defendant pleads not

guilty to all charges in this case.

DATED: 11/03/2020                                          _Jacob Delaney_____
                                                                                  Defendant

DATED:  11/04/20                                             _____
                                                                                  Defense Counsel

Based on the foregoing, it is hereby **ORDERED** that (1) the Defendant's waiver of

appearance at Arraignment is **APPROVED**; (2) the Defendant is arraigned and the plea of

not guilty to all charges is **ACCEPTED** and deemed entered as of the date of this Order;

and (3) a scheduling order shall be entered forthwith setting forth the schedule for the

progression of the case.

DATED: _____                        _____
             Albany, New York                              Daniel J. Stewart
                                                                       UNITED  STATES  MAGISTRATE  JUDGE