UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

Case No. : 1:20-CR-335 (TJM)

JACOB DELANEY
            Defendant

---

### WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named Defendant hereby states that (1) the Defendant has received a copy of the above-numbered Indictment, Superseding Indictment, or Information; (2) the Defendant understands the right to appear in person at the Arraignment and hereby waives that right; and (3) the defendant pleads not guilty to all charges in this case.

DATED: 11/03/2020            _Jacob Delaney_
                                                         Defendant

DATED: 11/04/20
                                                         Defense Counsel

Based on the foregoing, it is hereby **ORDERED** that (1) the Defendant's waiver of appearance at Arraignment is **APPROVED**; (2) the Defendant is arraigned and the plea of not guilty to all charges is **ACCEPTED** and deemed entered as of the date of this Order; and (3) a scheduling order shall be entered forthwith setting forth the schedule for the progression of the case.

DATED: 11/18/2020
Albany, New York                                 Daniel J. Stewart
                                                    UNITED STATES MAGISTRATE JUDGE