O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

EDWARD J. O'CONNELL
 1925-1939
SAMUEL E. ARONOWITZ
 1925-1973
LEWIS A. ARONOWITZ
 1951-1979

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
SCOTT W. ISEMAN
DANIELLE HOLLEY TANGORRE
FRANCIS J. SMITH, JR.
PAUL C. PASTORE
GRAIG F. ZAPPIA
CHAD A. JEROME

OF COUNSEL
HON. LEONARD A. WEISS
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

MICHAEL Y. HAWRYLCHAK
ANDREW KO
SAMANTHA L. FEMIA
MARINA W. CHU

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

January 26, 2021

**VIA ECF**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

      Re:    *United States v. Jacob Delaney*; 1:20-CR-335 (TJM)
              **Request to Seal Motion to Suppress and**
              **All Supporting Materials**

Dear Judge McAvoy:

      We represent the Defendant, Jacob Delaney, in the above matter. Today the Defendant is filing with the Court a motion to suppress evidence obtained from the search of his premises. On December 17, 2020 this Court signed a Protective Order over certain discoverable materials in this case. *See* ECF Doc. No. 38. The entirety of our argument in the Memorandum of Law, the vast majority of the facts referenced in my Attorney Declaration and all but one exhibit (Ex. "A" the Indictment) attached to my Declaration is (or references information) covered by this Protective Order.

      As a result, pursuant to that Order, Federal Rule of Criminal Procedure 49.1(e), Local Rule of Crime Procedure 49.2(b) and *Lugosch Co. v. Pyramid of Onondaga County*, 435 F.3d 110, 119-27, the Defendant moves to submit the entirety of his motion to suppress and all supporting exhibits under seal. Consistent with the Local Rules, copies of all the materials will be sent to your chambers and the Government by email.

      I previously discussed this request with AUSA Alicia Suarez and the Government does not object to our request.

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.

With offices in Albany and Saratoga Springs.
www.oalaw.com

Page 2									January 26, 2021

Thank you for your attention to this matter.

> Very truly yours,
>
> O'CONNELL AND ARONOWITZ
>
> By: _____
> Scott W. Iseman, Esq.

cc:	All parties (ECF)

 

The Court, having reviewed the contents of the Defendant's Memorandum of Law in Support of his Motion to Suppress, the Attorney Declaration of Scott W. Iseman, Esq. and the Exhibits attached thereto, which the Defendant's attorney submitted for *in camera* review, ORDERS that the entirety of these documents be sealed for the reasons stated above.

SO ORDERED.

_____
Hon. Thomas J. McAvoy
Senior U.S. District Judge

Dated:_____

{O0756358.1}