# O'CONNELL ARONOWITZ
## ATTORNEYS AT LAW

EDWARD J. O'CONNELL
 1925-1939
SAMUEL E. ARONOWITZ
 1925-1973
LEWIS A. ARONOWITZ
 1951-1979

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
SCOTT W. ISEMAN
DANIELLE HOLLEY TANGORRE
FRANCIS J. SMITH, JR.
PAUL C. PASTORE
GRAIG F. ZAPPIA
CHAD A. JEROME

OF COUNSEL
HON. LEONARD A. WEISS
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

MICHAEL Y. HAWRYLCHAK
ANDREW KO
SAMANTHA L. FEMIA
MARINA W. CHU

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE CONSULTING GROUP)

*NOT A MEMBER OF THE LEGAL PRACTICE

January 29, 2021

**VIA ECF**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

        **Re:** *United States v. Jacob Delaney*; 1:20-CR-335 (TJM)
             **Redactions to Motion to Suppress and Supporting Materials**

Dear Judge McAvoy:

    We represent the Defendant, Jacob Delaney, in the above matter. On January 26th we filed a motion to suppress under seal with an application to seal the same pursuant to the Local Rules and the Protective Order issue in this matter. We now write in response to the Court's Order (Doc. No. 41) that the Defendant publicly file redacted versions of the Memorandum of Law, Attorney Declaration and publicly file all exhibits to the Attorney Declaration which are not covered by the Protective Order.

    We conferred with the Government regarding these redactions and sealed exhibits and the Government concurs with our redactions and with our request to seal exhibits B, C, D, E, F and I. The remaining exhibits to the Attorney Declaration (Exhibits A, G and H) will be filed on ECF. Thank you for your attention to this matter.

                Very truly yours,

                O'CONNELL AND ARONOWITZ

                By: *[signature]*

                      Scott W. Iseman, Esq.

cc:    All parties (ECF)

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany and Saratoga Springs.
www.oalaw.com