# Exhibit "G"

# EVIDENCE COLLECTED ITEM LOG

FD-886 (Rev. 4-13-15)

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 1

**Date:** 12/12/2019  **Case ID:** 305I-AL-3201532
**Location:** 144 Main St., Apt. 311, New Paltz, NY
**Preparer/Assistants:** SA Andrew Zubik

**Personnel (full names and initials):**
Andrew Zubik ___   Brad Theroux ___   Brian Seymour ___   Chris Smith ___
David Fallon ___   Frederick Horstmyer   Matt Haddad ___

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by / Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | 120GB Black | B | Dresser | Brian Seymour / Andrew Zubik | Plastic | |
| 2 | Hugo Boss Thumb drive | B | Desk | Frederick Horstmyer / Brad Theroux | Plastic | |
| 3 | sandisk cruzer 16GB | B | Desk | Frederick Horstmyer / Brad Theroux | Plastic | |
| 4 | IPAD DMPXD0HJJF8N | B | Desk | Frederick Horstmyer / Brad Theroux | Plastic | |
| 5 | IPAD DMQHP12UDVD2 | B | Dresser | Frederick Horstmyer / Brad Theroux | Plastic | |
| 6 | Dell FN47R32 | B | Desk | Brian Seymour / Chris Smith | Paper | |
| 7 | Iphone FFMXQ0ZYKPHH | B | Dresser | Brian Seymour / Chris Smith | Plastic | |

USAO-DELANEY_000071