# Exhibit "H"

FD-674a (7-24-2017)

DATE 12 / 12 / 19

CASE ID 305I-AL-3201532

PHOTOGRAPHER SA Andrew Zubik

LOCATION 144 Main St.

Apt. 311

New Paltz, NY

USAO-DELANEY_000066

FD-674a (7-24-2017)   ERT PHOTOGRAPHIC LOG   PAGE 1 OF 2

## GENERAL INFORMATION

DATE 12.12.19   CASE ID 305I-AL-3201532
LOCATION 144 Main St., Apt. 311, New Paltz, NY
CAMERA TYPE _____   CARD # _____
PREPARER/PHOTOGRAPHER SA ZUBIK
REMARKS _____

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 1 | Entry / Exit / Other / Items # | Long / Med / Close | | Placquard |
| 2 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Door |
| 3 | (Entry) / Exit / Other / Items # | Long / Med / Close | | A |
| 4 | (Entry) / Exit / Other / Items # | Long / Med / Close | | A |
| 5 | (Entry) / Exit / Other / Items # | Long / Med / Close | | B |
| 6 | (Entry) / Exit / Other / Items # | Long / Med / Close | | B |
| 7 | (Entry) / Exit / Other / Items # | Long / Med / Close | | C |
| 8 | (Entry) / Exit / Other / Items # | Long / Med / Close | | C |
| 9 | (Entry) / Exit / Other / Items # | Long / Med / Close | | D |
| 10 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Phone room B Front |
| 11 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Phone room B Back |
| 12 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Dell computer room B |
| 13 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Dell computer open room B |
| 14 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Dell computer serial numeber room B |
| 15 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Dell computer serial number room B |
| 16 | Entry / Exit / Other / Items # | Long / Med / Close | | Room B Bed |
| 17 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room C |
| 18 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room C Phone Back |
| 19 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room C Back of lap top |
| 20 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room C Back of phone laptop |
| 21 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room C Back of laptop |
| 22 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room B not in place from desk |
| 23 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room B not in place from desk |
| 24 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room B ipho Ipad |
| 25 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room B Ipad |
| 26 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room B dresser |
| 27 | Entry / Exit / Other / (Items #) | Long / Med / Close | | Room B dresser |
| 28 | Entry / Exit / Other / (Items #) 1 | Long / Med / Close | | 120 GB |
| 29 | Entry / Exit / Other / (Items #) 1 | Long / Med / Close | | 120 GB |
| 30 | Entry / Exit / Other / (Items #) 2 | Long / Med / Close | | Hugo Boss Thumb Drive |
| 31 | Entry / Exit / Other / (Items #) 2 | Long / Med / Close | | Hugo Boss Thumb Drive |
| 32 | Entry / Exit / Other / (Items #) 3 | Long / Med / Close | | Sandisk Cruzer 16 GB |
| 33 | Entry / Exit / Other / (Items #) 3 | Long / Med / Close | | Sandish Cruzer 16 GB |
| 34 | Entry / Exit / Other / (Items #) 4 | Long / Med / Close | | IPAD DMPXD ØHJJF8N |
| 35 | Entry / Exit / Other / (Items #) 4 | Long / Med / Close | | IPAD DMPXPØ HJJF8N |
| 36 | Entry / Exit / Other / (Items #) 5 | Long / Med / Close | | IPAD DMQHP12UDUA2 |

USAO-DELANEY_000067

FD-674a (7-24-2017)      **ERT PHOTOGRAPHIC LOG**      PAGE __2__ OF __2__

### GENERAL INFORMATION

DATE: 12.12.19
LOCATION: 144 Main St., Apt. 311, New Paltz, NY
CASE ID:
CAMERA TYPE:
CARD #:
PREPARER/PHOTOGRAPHER: SA ZUBIK
REMARKS:

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 37 | Entry / Exit / Other / **Items #** 5 | Long / Med / Close | | IPAD DMQHP12UOVD2 |
| 38 | Entry / Exit / Other / Items # | Long / Med / Close | | Passwords |
| 39 | Entry / Exit / Other / **Items #** 6 | Long / Med / Close | | Dell FN47R32 |
| 40 | Entry / Exit / Other / **Items #** 6 | Long / Med / Close | | Dell FN47R32 |
| 41 | Entry / **Exit** / **Other** / Items # | Long / Med / Close | | Warrant Receipt |
| 42 | Entry / **Exit** / Other / Items # | Long / Med / Close | | D |
| 43 | Entry / **Exit** / Other / Items # | Long / Med / Close | | C |
| 44 | Entry / **Exit** / Other / Items # | Long / Med / Close | | C |
| 45 | Entry / **Exit** / Other / Items # | Long / Med / Close | | B |
| 46 | Entry / **Exit** / Other / Items # | Long / Med / Close | | B |
| 47 | Entry / **Exit** / Other / Items # | Long / Med / Close | | A |
| 48 | Entry / **Exit** / Other / Items # | Long / Med / Close | | Door Secure. |

(signature) 12.12.2019