# Exhibit "B"
# Filed Under Seal

PRODUCED UNDER PROTECTIVE ORDER

**UK National Crime Agency**



British Consulate-General Miami



### NCA Intelligence report

Our Ref: NCA Miami ▮▮▮▮▮▮▮▮▮▮

### SUBJECT: NCA Project ▮▮▮▮▮▮

On 2019-04-22 02:41:28 UTC **69.206.190.157** was used to access online child sexual abuse and exploitation material, with an explicit focus on the facilitation of sharing child abuse material (images, links and videos), emphasis on indecent material of boys. Users were able to view some material without creating an account. However, an account was required to post and access all content.

Regards

▮▮▮▮▮▮
NCA International Liaison Officer

If this document contains sensitive material as defined in the Criminal Procedure & Investigations Act 1996 for the disclosure of material to the defence, it may therefore be subject to the concept of Public Interest Immunity. No part of this document should be disclosed to the defence or to other jurisdictions without prior consultation with NCA.

PRODUCED UNDER PROTECTIVE ORDER       USAO-DELANEY_000059

OFFICIAL – SENSITIVE
**National Crime Agency - Intelligence Report**

| Organisation and Officer | NTC / NIH / NCA | Time/Date of Report | 16/12/2020 06:17 |
|---|---|---|---|
| Source/Source Ref No. (ISR) | | Report URN | |

| Source Evaluation | **1**: Reliable | | **2**: Untested | | **3**: Not Reliable | |
|---|---|---|---|---|---|---|
| Information / Intelligence Assessment | **A**: Known directly to the source | **B**: Known indirectly to the source but corroborated | | **C**: Known indirectly to the source | **D**: Not known | **E**: Suspected to be false |
| Handling Code Review on dissemination | **P**: Lawful sharing permitted | | | **C**: Lawful sharing permitted with conditions **(specify additional handling conditions on next page)** | | |

**Action/Sanitisation. Delete/strike through as appropriate**

| Action Required for **all** handling code C intelligence | ~~A1: Covert development.~~ ~~Intelligence may be combined or corroborated with other intelligence but action cannot be taken directly. Permission must be sought from the originator before action is taken on any derived intelligence.~~ |
|---|---|
| | ~~A2: Covert use.~~ ~~Covert action may be taken on this intelligence although the source, technique and any wider investigative effectiveness must be protected. This intelligence may not be used in isolation as evidence, in judicial proceedings or to support arrest.~~ |
| | **A3: Overt use.** Overt action is permitted on this intelligence. This information can be used for the purposes of instigating an investigation, research and development and approach to industry |
| Sanitisation Required for **all** handling code C intelligence | **S1: Delegate authority**. The originator of the intelligence permits the unsupervised sanitisation of the material in order to allow dissemination to a wider audience. |
| | ~~S2: Consult originator~~ ~~The originator of the intelligence does not permit the sanitisation of the material for a wider dissemination without consultation being sought.~~ |

| Operation Name | Project |  |  |
|---|---|---|---|
| Report title | Imagery on Tor Hidden Service Site Boy Vids v4 | | |
| Person Name | | DOB: | PNC ID: |

The following named images/videos were shared online in the TOR Hidden Service Boy Vids v4:

1. 9aaxnkgs
2. 695fb98ef1
3. 865219MATRIX061618ZEORaamat10yoanal40yo06
4. 9220012
5. alex-anal02
6. analcreamp_8602028_31141976-1
7. superboy1j_9080111_29682760

This site had an explicit focus on the facilitation of sharing child abuse material (images, links and videos), emphasis on indecent material of boys. Users were able to view some material without creating an account. However, an account was required to post and access all content.

[1AC]

| Intelligence report reviewed by: | Cross-Ref URN: | Time/date of review: |
|---|---|---|
| Re-evaluated*   Yes/No | | |
| **Disseminated to:** International partners in receipt of _____ intelligence | **Person Disseminating:** | Time/Date: 16/12/2020 06:17:52 |

**Detailed handling conditions**:

This information can be used for the purposes of investigation, research and development

| Confidence level* | High | Medium | Low |
|---|---|---|---|
| **PUBLIC INTEREST IMMUNITY*** | Yes/No | | |
| Signature (paper copy): | | | |

OFFICIAL – SENSITIVE
Page 1 of 2                                                                                       v2.4 Aug 2017
If this document contains sensitive material as defined in the Criminal Procedure & Investigations Act 1996 for the disclosure of material to the defence, it may be subject to the concept of Public Interest Immunity. No part of this document should be disclosed to the defence without prior consultation with NCA management.
PRODUCED UNDER PROTECTIVE ORDER          USAO-DELANEY_000060

PRODUCED UNDER PROTECTIVE ORDER
OFFICIAL – SENSITIVE
**National Crime Agency - Intelligence Report**

If this document contains sensitive material as defined in the Criminal Procedure & Investigations Act 1996 for the disclosure of material to the defence, it may be subject to the concept of Public Interest Immunity. No part of this document should be disclosed to the defence without prior consultation with NCA management.
PRODUCED UNDER PROTECTIVE ORDER            USAO-DELANEY_000061

9aaxnkgs.jpg
This is a black and white image file which depicts a nude prepubescent male child, approximately 7 to 9 years old. The nude prepubescent male child is sitting with his legs spread apart, exposing his genitals. The nude prepubescent male child's hands are underneath his legs, on his buttocks. The nude male child's penis and anus are displayed in the image; there is no visible pubic hair on the nude male child.

695fb98ef1.jpg
This is an image file depicting a partially nude prepubescent male child, approximately 11-13 years old, lying on what appears to be a bed on a light blue comforter or blanket. The prepubescent male child is nude from the waist down and is only wearing a long-sleeved jean top, which is opened, exposing his chest. The prepubescent male child's left leg is bent and his right leg is extended on the bed. The prepubescent male child's genitals are exposed; there is no visible pubic hair. Near the bottom left corner of the image, the following is displayed vertically in red "11 18:22".

865219MATRIX061618ZEORaamat10yoanal40yo06.png
This is an image file depicting a nude prepubescent male child and another nude individual, who is only partially visible in the image. The other nude individual appears to be a nude adult male. The nude prepubescent male child, approximately 7 to 9 years old is standing behind the adult male with his right on the adult male's buttocks. The nude adult male is bent over at the waist. The prepubescent male child is looking down and appears to be inserting his penis into the adult male's anus.

9220012.jpg
This is an image file depicting a mostly nude male child, who is only wearing a red helmet, socks and sneakers. The image shows the male child from the backside and depicts him sitting on a bicycle with red wheels. The nude male child's buttocks are lifted slightly off of the seat of the bicycle, exposing his anus. At the top left corner of the image, the following is displayed in white font: "ricky-new_179".

alex-anal02.jpg
This is an image file depicting what appears to be an adult male's penis and the penis of a prepubescent male child. Only a small portion of the prepubescent male child's body is visible in the image; below the belly button and a small portion of his thighs. The prepubescent male child appears to be straddling an adult male. Only a very small portion of the adult male is visible, part of his left leg and his penis. The prepubescent male child's penis is touching the adult male's penis. There is no visible pubic hair on the prepubescent male child; there is pubic hair visible on the adult male.

Analcreamp_8602028_31141976-1.jpg
This is an image file depicting what appears to be a nude male child lying on a bed with a blue sheet. Only a portion of the nude male child's body is visible; it appears much of the body has been covered up with a photo editing tool, using black paintbrush. At the top of the image, the following is displayed in white font, "Something like this ..." The buttocks and anus of the male child are visible in the picture and there is semen coming out of the male child's anus. There is no visible pubic hair.

superboy1j_9080111_29682760.jpg
This is an image file depicting a prepubescent male child, approximately 7 to 9 years old, lying on what appears to be a mattress with a pink patterned sheet or blanket on it. The prepubescent male child is lying on his back and is lifting his legs up by holding his knees, exposing his genitals. There is no visible pubic hair on the prepubescent male child. The prepubescent male child's penis and anus are both visible.

PRODUCED UNDER PROTECTIVE ORDER
**OFFICIAL**


National Crime Agency

National Crime Agency
United Kingdom

▇▇▇▇▇▇▇
Supervisory Special Agent
Federal Bureau of
Investigation,
Criminal Investigative
Division,
Child Exploitation
Operational Unit
USA

16 September 2019

Dear ▇▇▇

The National Crime Agency have provided data to the United States Federal Bureau of Investigation in relation to Internet addresses (IPs), associated to individuals who have accessed online Child Sexual Abuse and Exploitation material

- This data was lawfully obtained under the Investigatory Powers Act 2016. These warrants under reference 91-TEI-0147-2019 and 91-TEI-0146-2019 were authorised by a Senior Director of the National Crime Agency and approved by a Judicial Commissioner of the Investigatory Powers Commissioners Office of the United Kingdom.

Under these warrants and the lawful collection of this data, at no time was any computer or device interfered with in the United States.

Under these warrants during an independent investigation lawfully authorised under UK legislation, the UK did not access, search or seize any data from any computer in the United States.

▇▇▇▇▇▇▇
Senior Manager - Investigations
National Crime Agency

Leading the UK's fight to cut serious and organised crime
1 of 1
**OFFICIAL**
PRODUCED UNDER PROTECTIVE ORDER            USAO-DELANEY_000063