Exhibit "C"

Filed Under Seal



ShaRayne Jackson
Paralegal

November 22, 2019

Hannah Erwin
FBI
200 McCarty Avenue
Albany, NY 12209

**Re:** Charter Subscriber Information Request Dated 11/22/2019
**Charter Case ID:** 94131
**Your Reference ID:** 568587

Dear Hannah Erwin,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 18 U.S.C. §2703, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9731. When calling, please reference Charter case number 94131.

Respectfully,

*[signature]*

ShaRayne Jackson, Paralegal
ShaRayne.Jackson@charter.com
www.charter.com/lea

USAO_DELANEY-000659

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

**SUBSCRIBER RECORD**

| Target Details | 144 Main Street, Apt 311, New Paltz, NY, 12561 |
|---|---|
| Subscriber Name: | **JACOB DELANEY** <br><br> 8150300130228237 |
| Subscriber Address: | **144 MAIN ST APT 311** <br> **NEW PALTZ, NY 12561** |
| User Name or Features: | delaneyj3@hawkmail.newpaltz.edu |
| Phone number: | (631)972-8924 |

USAO_DELANEY-000660

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

STATE OF MISSOURI       )
                        )
COUNTY OF ST. LOUIS     )

## AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

### PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ShaRayne Jackson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for 144 Main Street, Apt 311, New Paltz, NY, 12561 in response to a lawful request dated 11/22/2019 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

11/22/2019

Date

*[signature]*

ShaRayne Jackson, Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
ShaRayne.Jackson@charter.com
www.charter.com/lea