

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*         *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

February 17, 2021

Filed via ECF

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

Re: *United States v. Jacob Delaney*, Criminal No. 20-CR-335 (TJM)

Dear Judge McAvoy:

    The government writes to respectfully request a one-week extension to file its response to the Defendant's Motion to Suppress in the above captioned matter. The government's response is currently due on February 19, 2021, *see* Dkt. No. 44, and the government is seeking an extension to February 26, 2021. I have spoken with defense counsel, Scott Iseman, and he does not object to this request.

    Thank you for your consideration in this matter.

                                 Respectfully submitted,
                                 ANTOINETTE T. BACON
                                 Acting United States Attorney

BY:   /s/ *Alicia G. Suarez*
        Alicia G. Suarez
        Assistant U.S. Attorney
        Bar Roll No. 700218

Cc:   Scott Iseman, Esq.
       Via ECF