# GOVERNMENT EXHIBIT 1

# FILED UNDER SEAL

# 12.12.2019 Delaney Residence Interview