GOVERNMENT EXHIBIT 2

FILED UNDER SEAL

12.12.2019 Delaney Highland Station Interview