GOVERNMENT EXHIBIT 3

FILED UNDER SEAL