GOVERNMENT EXHIBIT 4

FILED UNDER SEAL

12.12.2019 Delaney Post-Poly Interview