# O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

March 8, 2021

**VIA ECF**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

      **Re:**   *United States v. Jacob Delaney*; 1:20-CR-335 (TJM)
                **Request to Seal Motion to Suppress and**
                **All Supporting Materials**

Dear Judge McAvoy:

    We represent the Defendant, Jacob Delaney, in the above matter. On Friday, March 5, 2021 the Defendant filed his Reply brief in support of his motion to Suppress. Due to the Protective Order (ECF Doc. No. 38) in this matter, we redacted substantial portions of the Reply brief, filed a redacted version on ECF and submitted an unredacted version to the Court and Government. We request that the unredacted Reply brief be filed under seal as contains information covered by the above referenced Protective Order pursuant to Federal Rule of Criminal Procedure 49.1(e), Local Rule of Crime Procedure 49.2(b) and *Lugosch Co. v. Pyramid of Onondaga County*, 435 F.3d 110, 119-27.

    Thank you for your attention to this matter.

                                    Very truly yours,

                                    O'CONNELL AND ARONOWITZ

                                    By: _[signature]_
                                            Scott W. Iseman, Esq.

cc:    All parties (ECF)

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
SCOTT W. ISEMAN
DANIELLE HOLLEY TANGORRE
FRANCIS J. SMITH, JR.
PAUL C. PASTORE
GRAIG F. ZAPPIA
CHAD A. JEROME

OF COUNSEL
HON. LEONARD A. WEISS
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

MICHAEL Y. HAWRYLCHAK
ANDREW KO
SAMANTHA L. FEMIA
MARINA W. CHU

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany and Saratoga Springs.
www.oalaw.com

Page 2                                                                                                       March 8, 2021

      The Court, having reviewed the contents of the Defendant's Memorandum of Law in Support of his Motion to Suppress, the Attorney Declaration of Scott W. Iseman, Esq. and the Exhibits attached thereto, which the Defendant's attorney submitted for *in camera* review, ORDERS that the entirety of these documents be sealed for the reasons stated above.

SO ORDERED.

_____
Hon. Thomas J. McAvoy
Senior U.S. District Judge

Dated:_____

{O0783620.1}