# ISEMAN PLLC
LAW OFFICE OF SCOTT ISEMAN
125 HIGH ROCK AVENUE, SUITE 215-H
SARATOGA SPRINGS, NY 12866
SCOTT@SCOTTISEMANLAW.COM
518-416-2158

January 18, 2022

**Via ECF**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building & U.S Courthouse
15 Henry Street
Binghamton, NY 13901

> Re:   United States v. Delaney
>       1:20-CR-000335-TJM
>       *Letter Request for One Week Sentencing Memorandum Extension*

Dear Judge McAvoy:

    I represent the Defendant, Jacob Delaney and the above matter and write to request that the current deadline for sentencing memorandums be extended to February 1, 2022. Presently sentencing memorandums are due on January 25, 2022. I have conferred with a AUSA Richard Belliss, regarding this request and he has no objection.

    Thank you for your attention to this request.

Respectfully,

Iseman PLLC

By: *[signature]*

Scott Iseman
Attorney

cc:   All parties (ECF)