

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*   *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*   *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

February 7, 2022

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:   *United States v. Jacob Delaney*
              **Criminal No: 20-CR-335 (TJM)**

Dear Judge McAvoy:

    Attached is a proposed Preliminary Order of Forfeiture concerning property to be forfeited from the named defendant, *Jacob Delaney,* in the above-referenced case.

    The Order applies the process set forth in both Fed. R. Crim. P. 32.2 and the applicable forfeiture statutes, in this instance 18 U.S.C. § 2253. I am also providing defense counsel with a copy of the proposed Order. I do not anticipate any response, nor is one necessary, from defense counsel. I respectfully request that Your Honor sign this Order on or after ten days following the date of this letter, so as to provide defense counsel ample advance notice of the form and content of this proposed Order.

    Once the ten days from the above date has elapsed, I respectfully request that you execute this Preliminary Order of Forfeiture and, once executed, cause the Order to be filed.

                            Respectfully submitted,

                            CARLA B. FREEDMAN
                            United States Attorney

            By:    */s/Elizabeth A. Conger*
                          Elizabeth A. Conger
                          Assistant United States Attorney
                          Bar Roll No. 520872

EAC/jag
Attachment
cc:  Michael P. McDermott, Esq., Scott W. Iseman, Esq., *via* ECF