①

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See instructions for "Service of Process by U.S. Marshal"* |
|---|---|

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**MAR 0 2 2022**
AT_____O'CLOCK
John M. Domurad, Clerk - Syracuse

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>20-CR-335 |
|---|---|
| DEFENDANT<br>Jacob Delaney | TYPE OF PROCESS<br>Forfeiture - Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CARLA B. FREEDMAN, United States Attorney
United States Attorney's Office
James Hanley Federal Building
100 South Clinton Street, Syracuse, NY 13261

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please arrest the following property and place it in your custody: CATS # 21-FBI-000354 (A Dell Laptop computer bearing serial number FN47R32; A Samsung SSD bearing serial number S1D2NYAG403787; A KESU 120GB hard drive; and A SanDisk Cruzer flash drive bearing number BL1102OHYB).

| Signature of Attorney other Originator requesting service on behalf of:<br>/s/ Elizabeth A. Conger / jag | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>315-448-0672 | DATE<br>2/22/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 52 | District to Serve<br>No. 52 | Signature of Authorized USMS Deputy or Clerk<br>*U. Bigstowski* | Date<br>3-1-22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Address *(complete only different than shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Date<br>3-1-22 | Time | ☐ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: *In FBI custody since 12-12-19.*

| PRIOR EDITIONS<br>MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|