UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,            :

      -v.-                                                      :        Ind. No. 1:20-CR-335 (TJM)

JACOB DELANEY,                                      :

                            Defendant.      :
-----------------------------------------------------------x

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as additional counsel for Jacob Delaney, along with his current counsel, Scott W. Iseman.

The clerk of the court is respectfully requested to ensure all future ECF notifications are sent to Richard D. Willstatter at the email address listed above.

Dated:       March 28, 2022                              /s/ Richard D. Willstatter
                                                                                 RICHARD D. WILLSTATTER
                                                                                 Bar Roll # 508837

                                                                                 Green & Willstatter
                                                                                 200 Mamaroneck Avenue, Suite 605
                                                                                 White Plains, New York 10601
                                                                                 Tel: (914) 948-5656
                                                                                 Fax: (914) 948-8730
                                                                                 Email: willstatter@msn.com