UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,          :

      -v.-                                       :          Ind. No. 1:20-CR-335 (TJM)

JACOB DELANEY,                              :

                Defendant.     :
-----------------------------------------------------------x

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as additional counsel for Jacob Delaney, along with his current counsel, Scott W. Iseman.

    The clerk of the court is respectfully requested to ensure all future ECF notifications are sent to Richard D. Willstatter at the email address listed below.

    I certify that I have either completed at least six (6) hours of continuing legal education related to federal criminal defense practice in the last two years. I also certify that I am registered for Electronic Case Filing and I have reviewed and am familiar with General Order 22.

Dated:    March 29, 2022                    /s/ Richard D. Willstatter
                                                                RICHARD D. WILLSTATTER
                                                                Bar Roll # 508837

                                                                Green & Willstatter
                                                                200 Mamaroneck Avenue, Suite 605
                                                                White Plains, New York 10601
                                                                Tel: (914) 948-5656
                                                                Fax: (914) 948-8730
                                                                Email: willstatter@msn.com