UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,      :

     -v.-                  :          Ind. No. 1:20-CR-335 (TJM)

JACOB DELANEY,          :

               Defendant.    :
-------------------------------------------------------------x

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as additional

counsel for Jacob Delaney, along with his current counsel, Scott W. Iseman.

      The clerk of the court is respectfully requested to ensure all future ECF

notifications are sent to Richard D. Willstatter at the email address listed below.

      I certify that I have completed at least six (6) hours of continuing legal

education related to federal criminal defense practice in the last two years. I also

certify that I am registered for Electronic Case Filing and I have reviewed and am

familiar with General Order 22.


Dated:     March 29, 2022          /s/ Richard D. Willstatter
                                      RICHARD D. WILLSTATTER
                                      Bar Roll # 508837

                                      Green & Willstatter
                                      200 Mamaroneck Avenue, Suite 605
                                      White Plains, New York 10601
                                        Tel: (914) 948-5656
                                        Fax: (914) 948-8730
                                        Email: willstatter@msn.com