# ISEMAN PLLC
LAW OFFICE OF SCOTT ISEMAN
125 HIGH ROCK AVENUE, SUITE 215-H
SARATOGA SPRINGS, NY 12866
SCOTT@SCOTTISEMANLAW.COM
518-416-2158

April 20, 2022

**Via ECF**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building & U.S Courthouse
15 Henry Street
Binghamton, NY 13901

      Re:    United States v. Delaney
                1:20-CR-000335-TJM
                *Letter Request Directing Status Letter from First Light Psychological Services*

Dear Judge McAvoy,

    I represent the Defendant, Jacob Delaney and the above matter. Since being placed on house arrest, Jacob has received counseling and psychological services through First Light Psychological Services (First Light), through a program coordinated by Pretrial Services in the Eastern District of New York. We write to request the court direct First Light to provide a letter to me for inclusion in our sentencing memorandum that describes the duration and kind of treatment Jacob has received from First Light, the frequency of his sessions, and stating whether Jacob has actively participated in and attended those sessions over the stated duration.

    We initially made this request to First Light directly and were advised they could not provide the letter or even speak to me without permission from Pretrial Services. Pretrial Services advised me that only the court can order the requested letter. As a result, we make the instant request.

    Thank you for your attention to this matter.

                                            Respectfully,

                                          Iseman PLLC

                                          By:
                                          Scott Iseman
                                          Attorney

Encl.
cc:      All parties via ECF