# ISEMAN PLLC
LAW OFFICE OF SCOTT ISEMAN
125 HIGH ROCK AVENUE, SUITE 215-H
SARATOGA SPRINGS, NY 12866
SCOTT@SCOTTISEMANLAW.COM
518-416-2158

April 22, 2022

**<u>Via ECF</u>**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building & U.S Courthouse
15 Henry Street
Binghamton, NY 13901

      Re:    <u>United States v. Delaney</u>
               1:20-CR-000335-TJM
               *Request to Seal Certain Portions of Sentencing Memo and Supporting Exhibits*

Dear Judge McAvoy,

    I represent the defendant, Jacob Delaney, in the above matter. Today I am filing the defendant's sentencing memorandum and supporting materials. These materials refer to sensitive personal issues and mental health treatment and counseling findings. As a result, the defendant moves to submit the redacted portions which discuss and/or substantiate the same. Specifically we request that the redacted portions of his sentencing memorandum and Exhibit B be filed under seal and the entirety of Exhibits A, C, and D also be filed under seal. We make this motion pursuant to FRCP 49.1(e) and Local Rule of Criminal Procedure 49.2(b) and *Lugasch v. Pyramid of Onondaga County*, 435 F. 3d 110, 119-27.

    I previously advised the Government regarding this request and they have no objection. Unredacted copies of the same will be sent confidentially to chambers and the Government by email.

    Thank you for your attention to this matter.

                             Respectfully,

                             Iseman PLLC

                             By:   */s/ Scott Iseman*
                                  Scott Iseman
                                  Attorney

Encl.
cc:    All parties via ECF