

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*      *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*      *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

May 3, 2022

Honorable Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

Re:   *United States v. Jacob Delaney*, 20-CR-00335 (TJM)

Dear Judge McAvoy,

On May 2, 2022, the government filed a written response to the defendant's motion to compel production of a "PRTT pony" and "Search warrant template" referenced in Agent Diggons' FD-1057.  *See* Dkt. No. 97.  Two enclosures were included in the government's written response, and the government hereby respectfully requests that enclosure (1) (Agent Diggons' FD-1057) be filed under seal pursuant to the Court's previously issued Protective Order dated December 17, 2020.  *See* Dkt. No. 38.  Agent Diggons' FD-1057 contains law enforcement sensitive information.

Thank you.

Sincerely,

CARLA B. FREEDMAN
UNITED STATES ATTORNEY

BY:   *Richard Belliss*
RICHARD D. BELLISS
Assistant U.S. Attorney
Bar Roll Number: 515295
United States Attorney's Office
James T. Foley U.S. Courthouse
445 Broadway
Albany, N.Y. 12207
Telephone: (518) 431-0247
Fax: (518) 431-0249
E-mail: richard.belliss@usdoj.gov

Letter to Judge McAvoy
*United States v. Jacob Delaney*
20-CR-00335 (TJM)
May 3, 2022
Page 2

Copy to:   Scott W. Iseman, Esq.
           Iseman PLLC
           125 High Rock Avenue
           Saratoga Springs, NY 12866

           Richard D. Willstatter, Esq.
           Green & Willstatter
           200 Mamaroneck Avenue
           Suite 605
           White Plains, NY 10601