# ISEMAN PLLC

LAW OFFICE OF SCOTT ISEMAN
125 HIGH ROCK AVENUE, SUITE 215-H
SARATOGA SPRINGS, NY 12866
SCOTT@SCOTTISEMANLAW.COM
518-416-2158

**<u>Via ECF</u>**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building & U.S Courthouse
15 Henry Street
Binghamton, NY 13901

   Re: <u>United States v. Delaney</u>
      1:20-CR-000335-TJM
      *Update Regarding Restitution*

Dear Judge McAvoy,

  I represent the defendant, Jacob Delaney and the above matter. I write to advise the court that I have come to a proposed agreement with the counsel for the victims seeking restitution in this matter. Based on the representations of attorney Carol Hepburn, Esq., each victim will agree to receive $3,000 for a total of $12,000. Jacob's parents, Tom and Dina Delaney, have agreed to make that payment on behalf of their son. Since this is a conditional plea and an appeal to the Second Circuit is forthcoming, the agreement also contemplates that the Clerk's Office will hold the funds pending the outcome of the appeal.

  Thank you for your attention to this matter.

          Respectfully,

          Iseman PLLC

          By: *[signature]*

          Scott Iseman
          Attorney

cc: All parties (ECF)
   Carol Hepburn, Esq. (email)