# ISEMAN PLLC
LAW OFFICE OF SCOTT ISEMAN
125 HIGH ROCK AVENUE, SUITE 215-H
SARATOGA SPRINGS, NY 12866
SCOTT@SCOTTISEMANLAW.COM
518-416-2158

May 9, 2022

**Via ECF**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building & U.S Courthouse
15 Henry Street
Binghamton, NY 13901

      Re:    United States v. Delaney
                1:20-CR-000335-TJM
                *Request to Seal Certain Portions of Letter Motion for Bail Pending Appeal*

Dear Judge McAvoy,

      I represent the defendant, Jacob Delaney, in the above matter. Today I am filing a letter motion requesting the court grant Jacob bail pending appeal pursuant to 18 U.S.C. Section 3143(b). In that motion, I reference portions of the court's sealed decision and order, Docket Number 63. As a result, I have redacted those portions and move to file them under seal. I make this motion pursuant to FRCP 49.1(e) and Local Rule of Criminal Procedure 49.2(b) and *Lugasch v. Pyramid of Onondaga County*, 435 F. 3d 110, 119-27.

      Unredacted copies of the same will be sent confidentially to chambers and the Government by email.

      Thank you for your attention to this matter.

                                    Respectfully,

                                    Iseman PLLC

                                    By: _/s/ Scott Iseman_

                                           Scott Iseman
                                           Attorney

cc:     All parties via ECF