Dear Judge McAvoy,

The reason for my letter is to ask that you allow Jake Delaney to surrender on his own, rather than remand him on sentencing day.

In the world that we currently live in, just about every life has been affected by the standard of what normal is. Two and a half years ago, my new normal started when my son was arrested. Everything about that statement was and still is incomprehensible to me. Mr. Iseman has provided the court with letters referring to my son as a funny, caring, responsible young man. The fact that I was not aware of my son's suffering will haunt me forever.

Flash forward three months and the entire world had to adjust to a new normal. Jake, who had obtained a job which I feel helped his mental health was put on pause. His therapy could no longer be conducted in person. My husband's new normal became working for weeks on end at his office with no break ordering refrigerator trucks to house bodies that Covid took from the world, and my new normal was working from home. For me, that was the best thing that could happen, as I was there to support Jake while he was cut off from most of the world and when he needed friends and family the most. I am currently still working from home and I am still here to support my son with whatever he needs.

During these two and a half years, I have watched Jake pick his head up high, work hard and learn new things. As you know, friends come and go, and unfortunately, when life is at its the hardest, some of those friends disappear. We are forever grateful, and I think it is a testament to who Jake is, that some of his friends have never stopped supporting him despite knowing what Jake did.

While I know that it is not the normal procedure for the Northern District to allow people to surrender to the Bureau of Prisons on their own, I am appealing to the court to allow Jacob to return home with us. In a world of so much uncertainty, time with loved ones has a healing power. In consulting with Mr. Sickler and Mr. Iseman, my husband and I have learned about the unnecessary, long and punishing road Jacob will travel between multiple facilities before ever getting to the facility designated by the Bureau of Prisons. Jake will be repeatedly isolated, quarantined and without mental health treatment for months. But that can all be avoided by allowing Jake to self-surrender.

Myself and Jake's father will continue to bear the responsibility of providing for Jake and ensuring that he continues to follow the guidelines that have been imposed on him over the past couple of years. We will ensure that he surrenders to the facility agreed upon on the requested date and time. This will give Jake more opportunity to heal through therapy, through the love and support of his family, some of whom will travel to the sentencing from several states to be there to support Jake. He will have the opportunity to heal and enter prison ready to serve his sentence rather than weakened by the repeated quarantines, isolation and transfers that come with him being remanded at sentencing.

We understand the seriousness of Jake's situation and know that our new normal will look very different very soon. But if Jake could take the responsibility of surrendering at the appropriate time, we would be forever grateful.

Thank you,

*Dina Delaney*

Dina Delaney