# ISEMAN PLLC
LAW OFFICE OF SCOTT ISEMAN
125 HIGH ROCK AVENUE, SUITE 215-H
SARATOGA SPRINGS, NY 12866
SCOTT@SCOTTISEMANLAW.COM
518-416-2158

May 12, 2022

**Via ECF**
Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building & U.S Courthouse
15 Henry Street
Binghamton, NY 13901

      Re:    United States v. Delaney
              1:20-CR-000335-TJM
              *Letter Request Requesting Court Recommend BOP Placement*

Dear Judge McAvoy,

    I represent the defendant, Jacob Delaney in the above matter who was sentenced earlier today. I do not believe that we requested the court recommend a specific facility to the Bureau of Prisons, but we do have such a request. We request the court recommend that Jacob be designated at the FCI Allenwood in White Deer, PA.

    In addition, we withdraw our motion to seal certain portions of the application for bail pending appeal considering the court's decision and text order. ECF Doc. No. 106.

                                          Respectfully,

                                          Iseman PLLC

                                          By: *[signature]*

                                          Scott Iseman
                                          Attorney

cc: All parties (ECF)