Rev. 1/10/20

Receipt No. __1791__

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF NEW YORK

## RECEIPT FOR COLLATERAL

UNITED STATES OF AMERICA

at Albany
(city where surrendered)

-vs-

Jacob Delaney

Case No. 1:19-mj-843 (DJ
1:20-cr-335 (TJM)

The following item was received on behalf of the United States from Defense Counsel on behalf of Jacob Delaney

☑ Passport No. 568367527
Country: USA
Name: Jacob Edward Delaney
Street Address: [REDACTED]
City, State and Zip Code: Holtsville, NY 11742

☐ Other

Receipt is hereby acknowledged.

John M. Domurad
Clerk, U.S. District Court

Date: 12/13/2019

By: Marcy Gallup-Hughes

---

Complete this section at the conclusion of the case

Location: Transferred to US Department of State

Disposition: Defendant convicted - Document and copy of judgment enclosed

Sent the above item as described via certified mail. Receipt No: 70182290000091354061

s/Kathy Rogers            Kathy Rogers            05/16/2022
(Signature)               (Print name)            (Date)

**Print 2 copies: (1) defendant/representative (2) In vault with passport/collateral**