Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Northern District of New York

Caption:
United States of America v.

Jacob Delaney

Docket No.: 1:20-CR-335 (TJM)
Hon. Thomas J. McAvoy
(District Court Judge)

Notice is hereby given that Jacob Delaney appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____ (specify)

entered in this action on May 13, 2022
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✔]   Other [ ]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987?  Yes [✔]  No [ ]  N/A [ ]

Date of sentence: May 12, 2022    N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Richard D. Willstatter, Green & Willstatter |
| Counsel's Address: | 200 Mamaroneck Avenue, Suite 605 |
| | White Plains, New York 10601 |
| Counsel's Phone: | (914) 948-5656 |
| Assistant U.S. Attorney: | Richard D. Belliss |
| AUSA's Address: | 445 Broadway, Room 218 |
| | Albany, NY 12207-2924 |
| AUSA's Phone: | 518-431-0247 |

_[Signature]_
Signature