UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CRIMINAL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on May 16, 2022 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s):   46, 53, 58, 63, 90, 95, 105

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 17th day of May, 2022.

Clerk of Court

By:    s/Kathy Rogers
       Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | USA v. Jacob Delaney    1:20-cr-335 (TJM) |
| Docket No. of Appeal: | 117 |
| Document Appealed: | 110 |

Fee Status:   Paid X          Due ___          Waived (IFP/CJA) ___

Counsel:      CJA ___         Retained X       Pro Se ___

Time Status:  Timely X        Untimely ___