

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0249* |
| *Albany, New York 12207-2924* | |

May 20, 2022

Honorable Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    *United States v. Jacob Delaney*, 20-CR-00335 (TJM)

Dear Judge McAvoy,

    This letter is respectfully submitted in response to appellate defense counsel's letter dated May 16, 2022 (Dkt. No. 116) which seeks to unseal / un-redact all previously sealed / redacted materials filed in support of, and opposition to, the defendant's pre-trial motion to suppress. As the Court is aware, on December 17, 2020 a Protective Order was signed directing that the parties' filings that contained law enforcement sensitive information be filed under seal, and remain sealed until otherwise ordered by the Court. *See* Dkt. No. 38 at ¶ 6.

    The law enforcement sensitive information in this case generally falls into one or more of the following categories:

    (i)    The name of the Foreign Law Enforcement Agency (FLA) providing information concerning the broader investigation and information specific to the defendant's case;

    (ii)    The name of the country where the FLA operates;

    (iii)    FLA specific terms;[1]

    (iv)    The name of the website targeted in this investigation;

    (v)    Information provided by the FLA to U.S. law enforcement agencies, including the FBI, relevant to the investigation; and

    (vi)    Paperwork provided by the FLA to U.S. law enforcement agencies, including the FBI, relevant to the investigation.

---

[1] Just as someone who is familiar with U.S. federal law enforcement agencies would recognize a "302" as a report from the FBI, there are certain terms that are unique to the FLA.

Letter to Judge McAvoy
*United States v. Jacob Delaney*
20-CR-00335 (TJM)
May 20, 2022
Page 2

    As the Court is also aware, the defendant's pleas of guilty in this case were conditional pleas and permitted him to appeal the Court's prior Decision and Order denying the defendant's motion to suppress. *See* Dkt. No. 67 at ¶ 7. Below is a table of the motions, opposition papers, reply briefs, supporting exhibits, and Court ruling relevant for the defendant's appeal, and the sealing / redaction status, if any, of those filings:

| Docket Number | Nature of Filing | Sealing / Redactions |
| --- | --- | --- |
| 43 | Defense Notice of Motion | No Sealing / No Redactions |
| 44 | Defense Memorandum of Law in Support of Motion to Suppress | Filing not sealed, but contains select redactions of law enforcement (LE) sensitive information |
| 45 | Declaration of Defense Attorney Scott Iseman | Filing not sealed, but contains select redactions of LE sensitive information |
| 45-1 | Exhibit A to Defense Motion to Suppress | Filing not sealed, no redactions |
| 45-2 | Exhibit G to Defense Motion to Suppress | Filing not sealed, no redactions |
| 45-3 | Exhibit H to Defense Motion to Suppress | Filing not sealed, no redactions |
| 46 | Exhibit B (Written Materials from the FLA to the FBI discussing both the broader investigation and the investigation specific to the defendant) | Filing sealed in its entirety |
| | Exhibit C (Charter Communications subscriber information) | Filing sealed in its entirety |
| | Exhibit D (Agent Diggons' 11/18/2019 FD-1057) | Filing sealed in its entirety |
| | Exhibit E (Agent Fallon's 12/10/2019 search warrant application for the defendant's residence) | Filing sealed in its entirety |
| | Exhibit F (search warrant dated 12/10/2019 for the defendant's residence) | Filing sealed in its entirety |
| | Exhibit I (FD-302 of 12/18/2019 summarizing the 12/12/2019 interviews of the defendant and referencing the targeted website) | Filing sealed in its entirety |

Letter to Judge McAvoy
*United States v. Jacob Delaney*
20-CR-00335 (TJM)
May 20, 2022
Page 3

| 51-1 | Government Memorandum of Law in Opposition to Defendant's Motion to Suppress | Filing not sealed, but contains select redactions of LE sensitive information |
|---|---|---|
| 51-2 | Exhibit 1 to Government Opposition (recording of defendant's 12/12/2019 residence interview) | Filing sealed in its entirety |
| 51-3 | Exhibit 2 to Government Opposition (recording of defendant's 12/12/2019 Highland Station interview) | Filing sealed in its entirety |
| 51-4 | Exhibit 3 to Government Opposition (defendant's 12/12/2019 written *Miranda* waiver) | Filing sealed in its entirety |
| 51-5 | Exhibit 4 to Government Opposition (recording of defendant's 12/12/2019 post polygraph interview) | Filing sealed in its entirety |
| 55 | Defense Reply Brief | Filing not sealed, but contains select redactions of law enforcement (LE) sensitive information |
| 65 | Decision and Order denying defense motion to suppress | Filing not sealed, but contains select redactions of law enforcement (LE) sensitive information |

    After further communications with two of the trial attorneys from the Department of Justice's Child Exploitation and Obscenity Section (CEOS) who are familiar with the FLA in this investigation, and who have worked with the FLA on the broader investigation, I have learned that there are no longer reasons to seal Exhibits C and F (*see* Dkt. No. 46) related to the defendant's motion to suppress, and Exhibit 3 (see Dkt. No. 51-4) related to the government's opposition papers. As such, the government does not object to the aforementioned exhibits being unsealed and publicly filed on the docket.

    The government continues to argue that the remaining filings, as described in the table above, should continue to either remain entirely sealed, or filed on the docket, but in their current redacted form. Not only are there ongoing cases being prosecuted / litigated involving the website at issue, but there are ongoing *investigations* of subjects suspected of accessing the website at issue. The unsealing or un-redaction of materials containing law enforcement sensitive information in this case could seriously jeopardize the continuing broader investigation

Letter to Judge McAvoy
*United States v. Jacob Delaney*
20-CR-00335 (TJM)
May 20, 2022
Page 4


and other subjects of the broader investigation. As such, the government respectfully requests that the Court continue to seal / redact the filings and information as described above pursuant to *Lugosch v. Pyramid Co. of Onondaga County*, 435 F.3d 110, 119-27 (2d Cir. 2006).

    Thank you.

               Sincerely,

               CARLA B. FREEDMAN
               UNITED STATES ATTORNEY

BY:   *Richard Belliss*
        RICHARD D. BELLISS
        Assistant U.S. Attorney
        Bar Roll Number: 515295
        United States Attorney's Office
        James T. Foley U.S. Courthouse
        445 Broadway
        Albany, N.Y. 12207
        Telephone: (518) 431-0247
        Fax: (518) 431-0249
        E-mail: richard.belliss@usdoj.gov

Copy to:    Scott W. Iseman, Esq.    (via ecf)
             Iseman PLLC
             125 High Rock Avenue
             Saratoga Springs, NY 12866

             Richard D. Willstatter, Esq.    (via ecf)
             Green & Willstatter
             200 Mamaroneck Avenue
             Suite 605
             White Plains, NY 10601