# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

June 22, 2022

Hon. Thomas J. McAvoy  
Senior U.S. District Judge  
Federal Building and U.S. Courthouse  
15 Henry Street  
Binghamton, New York 13901

Re: <u>United States v. Jacob Delaney</u>  
1:20-CR-335 (TJM)

Dear Judge McAvoy:

    Pending before this Court is the defendant's May 16, 2022 motion to unseal documents previously filed in the case under seal. (Dkt. 116) The government's opposition was filed on May 20, 2022 (Dkt. 121) and the defendant's reply was filed on May 22, 2022 (Dkt. 122). I write to remind the Court that the parties await its decision.

    Because the case is on appeal and no decision has yet been rendered by this Court, the defendant-appellant filed a motion to lift the seal in the Court of Appeals. That motion has been held in abeyance until the district court decides the pending motion. The parties need to know whether and to what extent their appellate briefs must be filed in redacted format and whether both regular and sealed appendices must be filed. Because Mr. Delaney is detained, further delay will prejudice him in prosecuting the appeal.

Very truly yours,

*/s/ Richard D. Willstatter*  
RICHARD D. WILLSTATTER  
Bar Roll Number: 508837