

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0249* |
| *Albany, New York 12207-2924* | |

July 26, 2022

Honorable Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

     Re:    *United States v. Jacob Delaney*, 20-CR-00335 (TJM)

Dear Judge McAvoy,

     This letter is respectfully submitted in response to the Court's Decision & Order dated July 19, 2022 (*see* Dkt. No. 129) which directed the government to provide to the court, and the defense, proposed redactions for any documents that remained redacted or sealed based on the aforementioned Decision & Order.  Contemporaneous with the filing of this letter, the government is providing to the Court, and the defense, via e-mail proposed redactions (highlighted in pink) to the following documents:

- Dkt. No. 45 (Declaration of Defense Attorney Scott Iseman);
- Dkt. No. 46, Exhibit D (Agent Diggons' 11/18/2019 FD-1057);
- Dkt. No. 46, Exhibit E (Agent Fallon's 12/10/2019 search warrant application and supporting affidavit);
- Dkt. No. 46, Exhibit I (FD-302 of 12/18/2019 summarizing the 12/12/2019 interviews of the defendant);
- Dkt. No. 51-1 (Government Memorandum of Law in Opposition to Defendant's Motion to Suppress);
- Dkt. No. 65 (Decision and Order of 7/30/2021).[1]

---

[1] Upon further review, the government does not object to the filing of Dkt. No. 44 (Defense Memorandum of Law in Support of Motion to Suppress) and Dkt. No. 55 (Defense Reply Brief) without any redactions.

Letter to Judge McAvoy
*United States v. Jacob Delaney*
20-CR-00335 (TJM)
July 26, 2022
Page 2


   Thank you.

            Sincerely,

            CARLA B. FREEDMAN
            UNITED STATES ATTORNEY

     BY:  *Richard Belliss*
            RICHARD D. BELLISS
            Assistant U.S. Attorney
            Bar Roll Number: 515295
            United States Attorney's Office
            James T. Foley U.S. Courthouse
            445 Broadway
            Albany, N.Y. 12207
            Telephone: (518) 431-0247
            Fax: (518) 431-0249
            E-mail: richard.belliss@usdoj.gov


Copy to:  Scott W. Iseman, Esq.         (via ecf)
      Iseman PLLC
      125 High Rock Avenue
      Saratoga Springs, NY 12866

      Richard D. Willstatter, Esq.       (via ecf)
      Green & Willstatter
      200 Mamaroneck Avenue
      Suite 605
      White Plains, NY 10601