FD-302 (Rev. 5-8-10)

-1 of 3-

 OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  12/18/2019

The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties were electronically recorded. The recording documents the actual words spoken.

Jacob Delaney, white male, date of birth (DOB) ▓▓▓▓, SSAN: ▓▓▓▓ ▓▓▓▓ was located at his residence, ▓▓▓▓▓▓▓▓▓▓▓▓▓, New Paltz, NY, during the execution of a Search Warrant therein. Also present for the interview was NYSP Inv. Carmen Goffredo. Delaney was advised of the identities of the interviewing agent and investigator and of the nature of the investigation. Delaney was briefly interviewed at his residence and advised that a Search Warrant was being executed at his home. He was also advised that he was not under arrest. He provided the following information:

At his residence, Delaney admitted that he and his roommate, ▓▓▓▓, were living at ▓▓▓▓▓▓▓▓▓▓▓▓▓ in April 2019 and that Delaney had Internet access at the residence. He further admitted that he was familiar with Tor and the darkweb and that he accessed a website via Tor that contained images and videos of minors engaged in sexually explicit conduct. Delaney admitted downloading and saving approximately 50 videos of this material to a folder on his laptop labeled "computer." He recalled the name of the Tor website that he downloaded from as ▓▓▓▓. Delaney denied ever having sexual contact with children although he admitted that he masturbated to the videos he downloaded from ▓▓▓▓ that contained child pornographic material. He denied saving the material to any other electronic devices besides his laptop. He agreed to a polygraph on the issue of whether or not he had ever sexually abused a minor.

Delaney voluntarily agreed to accompany the investigators to the NYSP Highland barracks for the polygraph and further interview. He was not handcuffed during the trip and SA Fallon purchased a bagel for him on the

Investigation on  12/12/2019  at  New Paltz, New York, United States (In Person)

File #  305T-AL-3201532  Date drafted  12/18/2019

by  FALLON DAVID C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

3051-AL-3201532

Continuation of FD-302 of (U) Jacob Delaney , On 12/12/2019 , Page 2 of 3

way to the barracks. Upon arrival at the barracks, Delaney was brought into an interview room and again advised that he did not have to speak with the interviewing agent and investigator and that he was free to leave. He was advised of his "Miranda" warnings via an FD-395 and executed a written waiver of them. Delaney chose to stay and answer further questions. He provided the following information:

Delaney detailed how he found the Tor website initially (through a link on "imagesource" and why he was looking for such material. He denied uploading or trading any child pornographic material with others. He acknowledged that he knew it was illegal to access and download such material and that he had developed a curiosity about it approximately a year ago.

Subsequent to his polygraph examination, Delaney was interviewed by SA Alexander McDonald. That interview was electronically recorded although a technical error prevented the first few minutes of the interview from being recorded. During this interview, Delaney provided a handwritten confession to SA McDonald.

At the conclusion of the his interview with SA McDonald, Delaney was arrested. He was transported to the U.S. District Court in Albany for his Initial Appearance. During the trip to Albany, SA Fallon continued interviewing Delaney with regard to his sexual contact with children. Delaney continued to deny any such contact with a child. Delaney signed a written consent authorizing the FBI to access his computer for the purpose of reviewing his Tor account history.

Delaney was fingerprinted and booking photos were taken at NYSP Highla[nd]. Those documents, as well as the FD-395 Advise of Rights, the FD-1086 Cons[ent] to Assume Online Identity and Delaney's handwritten confession are attach[ed] hereto as evidence.

For additional information regarding Delaney's interview, refer to th[e] audio and video recordings.